CONSOLIDATED HOME EQUIPMENT CORPORA-
TION *v.* STATE ACCIDENT FUND ET AL.

[No. 17, April Term, 1940.]

*Decided May 22nd, 1490.*

The cause was reargued before BOND, C. J., OFFUTT,
PARKE, SLOAN, MITCHELL, SHEHAN, JOHNSON, and DELA-
PLAINE, JJ.

*Jacob Kartman* and *Leo M. Alpert,* with whom were
*Makover & Kartman* on the brief, for the appellant.

*J. Edgar Harvey, Special Attorney for the State Acci-
dent Fund,* with whom were *William C. Walsh, Attorney
General,* and *William L. Henderson, Deputy Attorney
General* on the brief, for the State Accident Fund, ap-
pellee.

*Robert E. Coughlan, Jr.,* with whom was *Timothy J. Hughes* on the brief, for the Maryland Casualty Company, appellee.

BOND, C. J., delivered the opinion of the Court.